

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00393-CV

**IN THE ESTATE OF ROBERT FLORES**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2006-PC-0516
Honorable Gladys B. Burwell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against Appellant Oscar Flores.

SIGNED November 20, 2013.

_____
Patricia O. Alvarez, Justice